**UNITED STATES COURT OF INTERNATIONAL TRADE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                           :

JINKOSOLAR (U.S.) INC. et al,               :

          Plaintiffs,               :

          v.                          :          Court No. 26-01227

                                        :

UNITED STATES,                       :

          Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

## <u>ORDER OF DISMISSAL</u>

       Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                               Gina Justice
                                               Clerk of the Court

                               By:     <u>/s/ Scott Warner</u>
                                        Deputy Clerk

Date:  April 1, 2026
        New York, New York